IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) C.A.: CA 08 267S
)
LISA BOIANI, )
)
Defendant. )

COMPLAINT

Now comes the plaintiff, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Milind M. Shah, Assistant United States Attorney for the District of Rhode Island, and states as follows:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C., Section 1345.

2. That the defendant, Lisa Boiani, is a resident of the District of Rhode Island.

3. That the defendant has defaulted on the payment terms defined in the promissory note attached as Exhibit "A", and is therefore indebted to the plaintiff in the principal amount of $1,500.00, plus interest computed at the annual rates of 8.2% in the amount of $1,158.21 as of July 18, 2008, plus costs, plus additional interest until the date of judgment. See Certificate of Indebtedness, Exhibit "B" attached.

4. That the defendant has defaulted on the payment terms defined in the promissory note attached as Exhibit "B", and is therefore indebted to the plaintiff in the principal amount of $2,625.00, plus interest computed at the annual rates of 8.0% in the amount of $2,290.75 as of July 18, 2008, plus costs, plus additional interest until the date of judgment. See Certificate of Indebtedness, Exhibit "D" attached.

5. Demand for payment has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff, the United States of America, requests judgment in its favor against the defendant for the total amount of $7,573.96, plus additional interest that accrues at the pre-judgment rates set forth in paragraphs 3 and 4 above from July 18, 2008 until the date of judgment; plus additional interest that accrues thereafter at the legal post-judgment rate pursuant to the provisions of 28 U.S.C. § 1961, until the judgment is satisfied in full.

Plaintiff further demands that the defendant pay the required filing fee of $350.00, pursuant to 28 U.S.C. § 2412(a)(2), plus future costs as provided by law.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Milind M. Shah
Assistant U.S. Attorney
50 Kennedy Plaza,
8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: milind.shah@usdoj.gov